**Melvin Wilfredo Alvarado PONCE, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–72096.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 16, 2010.*

Filed Nov. 19, 2010.

Before: TASHIMA, BERZON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Melvin Wilfredo Alvarado Ponce, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Khan v. Holder*, 584 F.3d 773, 776 (9th Cir.2009), and we grant the petition for review and remand.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Because Alvarado Ponce was charged as inadmissible under 8 U.S.C. § 1182(a)(2)(A)(i)(I) upon his return to the United States, the agency erred in finding that he was ineligible for former section 212(c) relief. *See* 8 U.S.C. § 1182(c) (repealed 1996); *Abebe v. Mukasey*, 554 F.3d 1203, 1205 (9th Cir.2009) (en banc) (per curiam) ("Under its plain language, section 212(c) gives the Attorney General discretion to grant lawful permanent residents relief only from *inadmissibility*—not deportation.") (emphasis in original). We remand to the agency to allow Alvarado Ponce to apply for former section 212(c) relief.

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.